CHRISTOPHER SPROUL (Cal. Bar No. 126398)
STUART WILCOX (Cal. Bar No. 327726)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: wilcox@enviroadvocates.com
*Attorneys for Plaintiff*

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
MARTHA C. MANN
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel:    (202) 514-2664
Fax:    (202) 514-8865
Email:  martha.mann@usdoj.gov


Attorneys for Defendant Michael S. Regan,
Administrator, United States
Environmental Protection Agency

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL S. REGAN[1], in his official capacity as Administrator of the United States Environmental Protection Agency, <br><br> Defendant. | Civil Case No: 18-cv-04765 <br><br> **JOINT NOTICE OF STIPULATED EXTENSION OF CONSENT DECREE DEADLINES** |

Pursuant to Paragraph 10 of the Consent Decree entered by this Court on April 26, 2019 (ECF No. 24-1), which provides that the deadlines established by the Consent Decree may be

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Administrator Michael S. Regan is substituted for former EPA Administrator Andrew Wheeler.

JOINT NOTICE OF STIPULATED EXTENSION OF CONSENT DECREE DEADLINE
CASEE NO. 3:18-CV-04765-WHO

extended by written stipulation of Plaintiff and the United States Environmental Protection Agency ("EPA"), Plaintiff Our Children's Earth Foundation and Defendant Michael S. Regan, Administrator of EPA hereby notify the Court of a stipulation by Plaintiff and EPA to extend one of the deadlines for EPA to take action under the consent decree with respect to the following paragraph of the Consent Decree:

    1.    Electric Arc Furnaces and Argon-Oxygen Decarburization Vessels source categories:

        a.    No later than November 1, 2021, EPA shall either: (i) sign a determination that "review is not appropriate in light of readily available information on the efficacy of [the] standard," i.e., 40 C.F.R. Part 60, Subparts AA and AAa ("NSPS Subparts AA & AAa"), under section 111(b)(1)(B) of the Act, 42 U.S.C. § 7411(b)(1)(B); or (ii) review NSPS Subparts AA & AAa under section 111(b)(1)(B) and sign either: (A) a proposed rule containing revisions to NSPS Subparts AA & AAa; or (B) a proposed determination not to revise NSPS Subparts AA and AAa.

        b.    If EPA signs a proposed rule or a proposed determination pursuant to paragraph 2.a(ii) above, then no later than November 1, 2022, EPA shall sign either: (i) a final rule containing revisions to NSPS Subparts AA and AAa under section 111(b)(1)(B) of the Act, 42 U.S.C. § 7411(b)(1)(B); or (ii) a final determination under section 111(b)(1)(B) not to revise NSPS Subparts AA and AAa.

ECF No. 24-1 ¶ 2.

Pursuant to Paragraph 10 of the Consent Decree, by stipulation of the Parties entered by an order of this Court on September 28, 2021 (ECF No. 35), Plaintiff and EPA previously agreed to six-month extensions for the deadlines above, resulting in the following deadlines for EPA action:

    1.    Electric Arc Furnaces and Argon-Oxygen Decarburization Vessels source categories:

        a.    No later than May 2, 2022, EPA shall either: (i) sign a determination that "review is not appropriate in light of readily available information on the efficacy of [the] standard," i.e., 40 C.F.R. Part 60, Subparts AA and AAa ("NSPS Subparts AA & AAa"), under section 111(b)(1)(B) of the Act, 42 U.S.C. § 7411(b)(1)(B); or (ii) review NSPS Subparts AA & AAa under section 111(b)(1)(B) and sign either: (A) a

proposed rule containing revisions to NSPS Subparts AA & AAa; or (B) a proposed determination not to revise NSPS Subparts AA and AAa.

    b.    If EPA signs a proposed rule or a proposed determination pursuant to paragraph 1.a(ii) above, then no later than May 1, 2023, EPA shall sign either: (i) a final rule containing revisions to NSPS Subparts AA and AAa under section 111(b)(1)(B) of the Act, 42 U.S.C. § 7411(b)(1)(B); or (ii) a final determination under section 111(b)(1)(B) not to revise NSPS Subparts AA and AAa.

ECF No. 35.

    Plaintiff and EPA now hereby agree to a further extension of the deadline in paragraph 1.b. above, resulting in the following deadline for EPA action:

    1. Electric Arc Furnaces and Argon-Oxygen Decarburization Vessels source categories:

    a.    ***

    b.    If EPA signs a proposed rule or a proposed determination pursuant to paragraph 1.a(ii) above, then no later than August 1, 2023, EPA shall sign either: (i) a final rule containing revisions to NSPS Subparts AA and AAa under section 111(b)(1)(B) of the Act, 42 U.S.C. § 7411(b)(1)(B); or (ii) a final determination under section 111(b)(1)(B) not to revise NSPS Subparts AA and AAa.

Dated:  July 16, 2022                          Respectfully submitted,

                                                      /s/ *Stuart Wilcox*
Christopher Sproul (Cal. Bar No. 126398)
Stuart Wilcox (Cal. Bar No. 327726)
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
wilcox@enviroadvocates.com
Tel: (415) 533-3376
Fax: (415) 358-5695

*Attorney for Plaintiff Our Children's Earth Foundation*

*Attorneys for Plaintiff*

TODD KIM
Assistant Attorney General

 /s/ *Martha C. Mann*
Martha C. Mann
Environment and Natural Resources Division
U.S. Department of Justice
P.O Box 7611
Washington, DC 20044
Tel: (202) 514-2664
Fax: (202) 514-8865
martha.mann@usdoj.gov

*Attorneys for Administrator Regan*

JOINT NOTICE OF STIPULATED EXTENSION OF CONSENT DECREE DEADLINE
CASE NO. 3:18-CV-04765-WHO  4