CHRISTOPHER SPROUL (Cal. Bar No. 126398)
STUART WILCOX (Cal. Bar No. 327726)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: wilcox@enviroadvocates.com
*Attorneys for Plaintiff*

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
MARTHA C. MANN
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel:    (202) 514-2664
Fax:   (202) 514-8865
Email:  martha.mann@usdoj.gov
*Attorneys for Defendant Michael S. Regan, Administrator, United States Environmental Protection Agency*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Civil Case No: 18-cv-04765<br><br>**JOINT NOTICE OF STIPULATED EXTENSION OF CONSENT DECREE DEADLINES** |

Pursuant to Paragraph 10 of the Consent Decree entered by this Court on April 26, 2019 (ECF No. 24-1), which provides that the deadlines established by the Consent Decree may be extended by written stipulation of Plaintiff and the United States Environmental Protection Agency ("EPA"), Plaintiff Our Children's Earth Foundation and Defendant Michael S. Regan, Administrator

of EPA hereby notify the Court of a stipulation by Plaintiff and EPA to extend one of the deadlines for EPA to take action under the consent decree with respect to the following paragraphs of the Consent Decree:

    3.     For the **Bulk Gasoline Terminals** source category:

        a. No later than December 1, 2021, EPA shall either: (i) sign a determination that "review is not appropriate in light of readily available information on the efficacy of [the] standard," *i.e.*, 40 C.F.R. Part 60, Subpart XX("NSPS Subpart XX"), under section 111(b)(1)(B) of the Act, 42 U.S.C. § 7411(b)(1)(B); or (ii) review NSPS Subpart XX under section 111(b)(1)(B) and sign either: (A) a proposed rule containing revisions to NSPS Subpart XX; or (B) a proposed determination not to revise NSPS Subpart XX.

        b. If EPA signs a proposed rule or a proposed determination pursuant to paragraph 3.a(ii) above, then no later than December 1, 2022, EPA shall sign either: (i) a final rule containing revisions to NSPS Subpart XX under section 111(b)(1)(B) of the Act, 42 U.S.C. § 7411(b)(1)(B); or (ii) a final determination under section 111(b)(1)(B) not to revise NSPS Subpart XX.

    4.     For the **Gasoline Distribution Facilities (Bulk Gasoline Terminals and Pipeline Breakout Stations)** source category,

        a. No later than December 1, 2021, EPA shall review the Major Source Bulk Gasoline NESHAP and sign either: (i) a proposed rule containing revisions to the Major Source Bulk Gasoline NESHAP, 40 C.F.R. Part 63, Subpart R ("NESHAP Subpart R"), under section 112(d)(6) of the Act, 42 U.S.C. § 7412(d)(6); or (ii) a proposed determination under section 112(d)(6) not to revise NESHAP Subpart R.

        b. No later than December 1, 2022, EPA shall sign either: (i) a final rule containing revisions to NESHAP Subpart R under section 112(d)(6) of the Act, 42 U.S.C. § 7412(d)(6); or (ii) a final determination under section 112(d)(6) not to revise NESHAP Subpart R.

    5.     For the **Gasoline Distribution Bulk Terminals, Bulk Plants, and Pipeline**

**Facilities** source category,

   a. No later than December 1, 2021, EPA shall review the Area Source Bulk Gasoline NESHAP and sign either: (i) a proposed rule containing revisions to the Area Source Bulk Gasoline NESHAP, 40 C.F.R. Part 63, Subpart BBBBBB ("NESHAP Subpart BBBBBB"), under section 112(d)(6) of the Act, 42 U.S.C. § 7412(d)(6); or (ii) a proposed determination under section 112(d)(6) not to revise NESHAP Subpart BBBBBB.

   b. No later than December 1, 2022, EPA shall sign either of the following: (i) a final rule containing revisions to NESHAP Subpart BBBBBB under section 112(d)(6) of the Act, 42 U.S.C. § 7412(d)(6); or (ii) a final determination under section 112(d)(6) not to revise NESHAP Subpart BBBBBB.

ECF No. 24-1 ¶¶ 3-5.

Pursuant to Paragraph 10 of the Consent Decree, by stipulation of the Parties entered by an order of this Court on September 28, 2021 (ECF No. 35), Plaintiff and EPA previously agreed to six-month extensions for the deadlines above.

Plaintiff and EPA agree to a further extension of the deadline in paragraphs 3.b., 4.b., and 5.b. above, resulting in the following deadlines for EPA action:

3. For the **Bulk Gasoline Terminals** source category:

   a. \*\*\*

   b. If EPA signs a proposed rule or a proposed determination pursuant to paragraph 3.a(ii) above, then no later than August 30, 2023, EPA shall sign either: (i) a final rule containing revisions to NSPS Subpart XX under section 111(b)(1)(B) of the Act, 42 U.S.C. § 7411(b)(1)(B); or (ii) a final determination under section 111(b)(1)(B) not to revise NSPS Subpart XX.

4. For the **Gasoline Distribution Facilities (Bulk Gasoline Terminals and Pipeline Breakout Stations)** source category,

   a. \*\*\*

   b. No later than August 30, 2023, EPA shall sign either: (i) a final rule containing

revisions to NESHAP Subpart R under section 112(d)(6) of the Act, 42 U.S.C. § 7412(d)(6); or (ii) a final determination under section 112(d)(6) not to revise NESHAP Subpart R.

5. For the **Gasoline Distribution Bulk Terminals, Bulk Plants, and Pipeline Facilities** source category,

   a. \*\*\*

   b. No later than August 30, 2023, EPA shall sign either of the following: (i) a final rule containing revisions to NESHAP Subpart BBBBBB under section 112(d)(6) of the Act, 42 U.S.C. § 7412(d)(6); or (ii) a final determination under section 112(d)(6) not to revise NESHAP Subpart BBBBBB.

Dated: August 8, 2022            Respectfully submitted,

                                           /s *Stuart Wilcox*
Christopher Sproul (Cal. Bar No. 126398)
Stuart Wilcox (Cal. Bar No. 327726)
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
wilcox@enviroadvocates.com
Tel: (415) 533-3376
Fax: (415) 358-5695

*Attorney for Plaintiff Our Children's Earth Foundation*

TODD KIM
Assistant Attorney General

    /s/ *Martha C. Mann*
Martha C. Mann
Environment and Natural Resources Division
U.S. Department of Justice
P.O Box 7611
Washington, DC 20044
Tel: (202) 514-2664
Fax: (202) 514-8865
martha.mann@usdoj.gov

*Attorneys for Administrator Regan*